# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA
# BATON ROUGE DIVISION

| | |
|---|---|
| **ZLOOP, INC. (by and through Patrick Trae' O'Pry, Plan Administrator**<br>**Plaintiff** | **CASE NO.: 3:17-cv-00222** |
| **VERSUS** | **JUDGE JAMES L. BRADY** |
| **PHELPS DUNBAR, L.L.P., HEATHER DUPLANTIS, MICHAEL D. HUNT, KELLY KROMER BOUDREAUX, and MARC G. MATTHEWS**<br>**Defendants** | **MAG. JUDGE RICHARD L. BOURGEOIS, JR.**<br><br>**JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIRST AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, ZLOOP, INC. (by and through Patrick Trae' O'Pry, Plan Administrator)(hereinafter referred to as "**Zloop**"). ZLOOP seeks herein to amend its original Complaint for Damages as set forth below.

1.

Rule 15(a) of the Federal Rules of Civil Procedure allows a plaintiff to amend its pleading without leave of court when the amendment is being filed within 21 days of the complaint being served on defendants. Defendants herein have not been served.

2.

Plaintiff seeks to amend by changing the caption naming all parties to read as follows:

| | |
|---|---|
| **ZLOOP, INC. (by and through Patrick Trae' O'Pry, Plan Administrator**<br>*Plaintiff*<br><br>**VERSUS**<br><br>**PHELPS DUNBAR, L.L.P., HEATHER DUPLANTIS, MICHAEL D. HUNT, KELLY KROMER BOUDREAUX, and MARC G. MATTHEWS**<br>*Defendants* | CASE NO.: 3:17-cv-00222<br><br><br>JUDGE JAMES L. BRADY<br><br>MAG. JUDGE RICHARD L. BOURGEOIS, JR.<br><br><br>JURY TRIAL DEMANDED |

WHEREFORE, premises considered, Petitioner, ZLOOP, INC. (by and through Patrick Traé O'Pry) prays that this First Amended Complaint for Damages be filed, that Defendants, Phelps Dunbar, L.L.P., Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux, and Marc G. Matthews be cited and summoned to answer same within the delays allowed by law; that the case be tried to a jury, and that upon final judgment, Plaintiff recover its damages as alleged, attorney's fees, expenses of suit, court costs, pre-suit interest, pre-judgment interest and post judgment interest all at the highest rates allowed by law.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

ALLEN & GOOCH
A Law Corporation

*/s/ JAMES H. GIBSON*

_____
JAMES H. GIBSON (#14285)
CHARLES M. KREAMER, SR. (#23171)
CLAY M. ALLEN (#2400)
2000 Kaliste Saloom Road, Suite 400 (70508)
Post Office Drawer 81129
Lafayette, LA.  70598-1129
337-291-1300 – Direct Dial
337-291-1305 – Facsimile
E-Mail:  jimgibson@allengooch.com
COUNSEL FOR PETITIONER,
Zloop, Inc., successor to Zloop, LLC