## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZLOOP, INC.** | **CIVIL ACTION NO. 3:17-cv-00222** |
| **Plaintiff** | |
| **VERSUS** | **SECTION __** |
| **PHELPS DUNBAR, L.L.P. et al** | **JUDGE JACKSON** |
| **Defendants** | **MAGISTRATE JUDGE BOURGEOIS** |

### LOCAL RULE 7 *EX PARTE* MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to Local Rule 7, and with full reservation of all defenses and objections, the defendants, Phelps Dunbar, LLP, Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux and Marc G. Matthews, respectfully move this Court for an extension of time to answer or otherwise plead in response to the Complaint for Damages filed by the plaintiff. In support of this motion, the defendants state as follows:

1.

On April 7, 2017, the plaintiff filed the complaint. On April 20, 2017, Phelps Dunbar, LLP, Heather Duplantis and Michael D. Hunt were each served with a copy of the complaint and summons.

2.

Pursuant to Federal Rule of Civil Procedure 12(a)(1), the defendants' responsive pleadings to the complaint are due on or before May 11, 2017.

4.

Pursuant to Local Rule 7, upon certification by a moving party that there has been no

previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, then on an ex parte motion and order, the Court will allow one extension for a period of 21 days from the time the pleading would otherwise be due.

5.

In accordance with Local Rule 7, undersigned counsel certifies that this Court has not granted any prior extension of time in this case to the defendants and that no party has filed into the record an objection to this request for extension of time.

6.

Accordingly, the defendants respectfully request that this Court enter an ex parte order granting the defendants an extension of 21 days, through and including June 1, 2017, within which to answer or otherwise plead in response to the complaint.

WHEREFORE, Phelps Dunbar, LLP, Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux and Marc G. Matthews request that this Court grant the defendants an extension of 21 says through and including June 1, 2017, within which to answer or otherwise plead in response to the plaintiff's complaint.

Respectfully submitted this 2nd day of May, 2017.

/s/ Christine Lipsey

Michael H. Rubin (La. Bar No. 10833)
Christine Lipsey (La. Bar No. 1182)
Jon Ann Giblin, (La. Bar No. 23093)
Rachal Cox (La. Bar No. 37802)
McGLINCHEY STAFFORD, PLLC
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana  70801
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076
mrubin@mcglinchey.com
clipsey@mcglinchey.com
jgiblin@mcglinchey.com

rcox@mcglinchey.com

*Attorneys for Defendants: Phelps Dunbar, LLP, Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux and Marc G. Matthews*

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the above pleading has been served upon all counsel of record in this matter via the Court's ECF system or U. S. Mail, first class, postage prepaid and properly addressed, this 2nd day of May, 2017.

/s/*Christine Lipsey*