**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ZLOOP, INC.** | * | **CIVIL ACTION** |
|    Plaintiff | * | |
| | * | |
| | * | **NO. 3:17-cv-00222** |
| **VERSUS** | * | |
| | * | **CHIEF JUDGE JACKSON** |
| | * | |
| **PHELPS DUNBAR, L.L.P., et al.** | * | **MAGISTRATE JUDGE** |
|    Defendants | * | **RICHARD L. BOURGEOIS, JR.** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANTS' MOTION FOR ENLARGEMENT**
**OF TIME TO ANSWER OR OTHERWISE RESPOND**
**TO COUNTS 1-3 OF THE COMPLAINT**

Defendants Phelps Dunbar, L.L.P., Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux, and Marc G. Matthews today have filed a motion for dismissal of Counts 4, 5, and 6 of the plaintiff's complaint pursuant to Rule 12(b)(6) (Doc. 19).

Rule 12(a)(4) provides that filing a motion under Rule 12(b) extends the time period for filing an answer until 14 days after notice of the court's action on the motion to dismiss, but it does not specifically address the effect of filing a partial motion to dismiss. While the majority of cases, including those in the Fifth Circuit, hold that the time to answer is automatically extended by a partial motion to dismiss, out of an abundance of caution the defendants respectfully request an enlargement of time of 14 days after this Court's decision on the Rule 12(b)(6) motion within which to respond to Counts 1, 2, and 3 for the reasons set forth in the accompanying memorandum.

The undersigned certifies that he has spoken to plaintiff's counsel about this motion, and plaintiff's counsel has indicated that the plaintiff does not consent to this motion.

WHEREFORE, Phelps Dunbar, L.LP., Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux, and Marc G. Matthews respectfully request that the Court grant them an enlargement of time, to answer or otherwise respond to Counts 1, 2, and 3 of the plaintiff's complaint, of 14 days after notice of the Court's action on the motion to dismiss.

Respectfully submitted,

*/s/ Michael H. Rubin*

Michael H. Rubin (La. Bar No. 10833)
Christine Lipsey (La. Bar No. 1182)
Jon Ann Giblin (La. Bar No. 23093)
Rachal Cox (La. Bar No. 37082)
McGLINCHEY STAFFORD, PLLC
301 Main Street, Fourteenth Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
mrubin@mcglinchey.com
clipsey@mcglinchey.com
jgiblin@mcglinchey.com
rcox@mcglinchey.com

*Attorneys for Defendants: Phelps Dunbar, L.L.P., Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux, and Marc G. Matthews*

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the above pleading has been served upon all counsel of record in this matter via the Court's ECF system or U. S. Mail, first class, postage prepaid and properly addressed, this 31st day of May, 2017.

*/s/Michael H. Rubin*