## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ZLOOP, INC.** | * | **CIVIL ACTION** |
|   Plaintiff | * | |
| | * | **NO. 3:17-cv-00222** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE JACKSON** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| **PHELPS DUNBAR, L.L.P., et al.** | * | **RICHARD L. BOURGEOIS, JR.** |
|   Defendants | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

CONSIDERING Phelps Dunbar, L.L.P., Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux, and Marc G. Matthews' Motion for Enlargement of Time to Answer or Otherwise Respond to Counts 1-3 of the plaintiff's complaint and supporting memorandum:

IT IS ORDERED that Phelps Dunbar, L.L.P., Heather Duplantis, Michael D. Hunt, Kelly Kromer Boudreaux, and Marc G. Matthews are **GRANTED** an enlargement of time to answer or otherwise respond to any and all portions of the complaint pertaining to Counts 1-3, and the 96 paragraphs of the complaint that these counts refer to, until 14 days after notice of the Court's action on the defendants' Rule 12(b)(6) motion to dismiss Counts 4, 5, and 6 for failure to state a claim (Doc. 19).

Baton Rouge, Louisiana, this _____ day of _____ 2017.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA